1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILIP MICHAEL GORDON, | ) | NO. CV 08-8594-R (CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES A. YATES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

     Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

     IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

     DATED: February 3, 2009

                                     _____

                                     MANUEL REAL
                                     UNITED STATES DISTRICT JUDGE